UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHARLES BURDEN, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELECTQUOTE INSURANCE SERVICES, a California corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.   CV 10-5966 SBA<br><br>**ORDER GRANTING DEFENDANT SELECTQUOTE'S ADMINISTRATIVE MOTION TO FILE THE CONFIDENTIAL DECLARATION OF KAREN J. KUBIN AND EXHIBITS A-G THERETO UNDER SEAL**<br><br>Judge: Hon. Saundra Brown Armstrong<br>Courtroom: 1 |

The Court having considered the administrative motion of defendant SelectQuote Insurance Services to file the Confidential Declaration of Karen J. Kubin and Exhibits A-G thereto under seal in the above-captioned action, brought pursuant to Civil L.R. 7-11 and 79-5, compelling reasons appearing,

IT IS HEREBY ORDERED that SelectQuote's administrative motion to seal shall be and is GRANTED; and

[Proposed] Order Granting Defendant SelectQuote's Administrative Motion to File Under Seal
Case No. CV 10-5966 SBA
sf-2999292

1

1  IT IS FURTHER ORDERED that the Confidential Declaration of Karen J. Kubin and
2 Exhibits A-G thereto shall be filed under seal.
3  IT IS SO ORDERED.

4
5 Dated: __6/2/11                                    _____
                                                     Hon. Saundra B. Armstrong
6                                                    United States District Judge

[Proposed] Order Granting Defendant SelectQuote's Administrative Motion to File Under Seal
Case No. CV 10-5966 SBA
sf-2999292

2