UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHARLES BURDEN, individually and on behalf of other persons similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>SELECTQUOTE INSURANCE SERVICES, a California corporation; and DOES 1 through 10,<br><br>              Defendants. | Case No.   CV 10-5966 SBA<br><br>**[PROPOSED] ORDER SEALING CONFIDENTIAL EXHIBITS TO THE DECLARATION OF GREGORY N. KARASIK IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>**[Civil L.R. 79-5(d)]**<br><br>Judge: Hon. Saundra Brown Armstrong<br>Courtroom: 1 |

The Court having considered the administrative motion of defendant SelectQuote Insurance Services ("SelectQuote") for an order sealing the confidential exhibits to the May 25, 2011 declaration of Gregory N. Karasik (lodged conditionally under seal), and the June 1, 2011 declaration of Karen J. Kubin filed pursuant to Civil L.R. 79-5(d) to establish that the lodged exhibits are sealable, compelling reasons appearing,

IT IS HEREBY ORDERED that Exhibits 2 through 7 and 10 to the Declaration of Nancy Malik, referenced in the May 25, 2011 declaration of Gregory N. Karasik in support of plaintiff

1   Burden's motion for class certification and lodged by plaintiff conditionally under seal, shall be

2   filed under seal.

3          IT IS SO ORDERED.

4   Dated: _6/13/11_____            _____

5                                              Hon. Saundra B. Armstrong
                                               United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Sealing Confidential Exhibits to Karasik Decl. in Support of Pl.'s Mot. for Class Cert.
Case No. CV 10-5966 SBA
la-1127343

2