UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHARLES BURDEN, individually and on behalf of other persons similarly situated,<br><br>       Plaintiff,<br><br>       vs.<br><br>SELECTQUOTE INSURANCE SERVICES; and DOES 1 through 10,<br><br>       Defendants. | Case No.: CV 10-05966 SBA<br><br>[Hon. Saundra Brown Armstrong]<br><br>CLASS ACTION<br><br>**[proposed] ORDER MODIFYING BRIEFING SCHEDULE** |

Having reviewed the Joint Stipulation re Modification of Briefing Schedule submitted by the parties, and finding good cause to have been shown thereby, the Court hereby approves the parties' stipulation and hereby orders that:

    1.    The deadline for Plaintiff to file papers in opposition to Defendant's motion for summary judgment shall be extended from August 2, 2011 to August 5, 2011; and

2.      The deadline for Defendant to file reply papers in connection with Defendant's motion for summary judgment shall be extended from August 16, 2011 to August 22, 2011.

Dated:      _725/11                    _____
                                        United States District Judge