UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHARLES BURDEN, individually and on behalf of other persons similarly situated,<br><br>              Plaintiff,<br><br>      vs.<br><br>SELECTQUOTE INSURANCE SERVICES, a California corporation; and DOES 1 through 10,<br><br>              Defendants. | Case No:  C 10-5966 SBA<br><br>**ORDER CONTINUING HEARING**<br><br>Docket 6 |

The hearing on Defendant's motion for summary judgment (Dkt. 34) scheduled for September 30, 2011 is CONTINUED to **October 31, 2011 at 1:00 p.m.**  The Court, in its discretion, may resolve the motion without oral argument.  Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b).  The parties are advised to check the Court's website to determine whether a court appearance is required.

        IT IS SO ORDERED.

Dated:  September 27, 2011

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge