1
2
3  UNITED STATES DISTRICT COURT
4  FOR THE NORTHERN DISTRICT OF CALIFORNIA
5  OAKLAND DIVISION

| 6 | CHARLES BURDEN, individually and on behalf of other persons similarly situated, | Case No: C 10-5966 SBA |
|---|---|---|
| 7 | | **ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION TO STRIKE REMAINING CLASS ALLEGATIONS** |
| 8 | Plaintiff, | |
| 9 | vs. | |
| 10 | SELECTQUOTE INSURANCE SERVICES, a California corporation; and DOES 1 through 10, | Docket 28, 67, 68 |
| 11 | | |
| 12 | Defendants. | |

13
14  The parties are presently before the Court on Defendant's Administrative Motion for
15  Leave to File Motion to Strike Remaining Class Allegations. (Dkt. 67.) Having read and
16  considered the papers submitted in connection with the motion, and having reviewed the
17  record in this action, the Court finds good cause to grant Defendant's request. Accordingly,
18  IT IS HEREBY ORDERED THAT:
19  1. Defendant's Administrative Motion for Leave to File Motion to Strike
20  Remaining Class Allegations is GRANTED. Plaintiff shall file his response to Defendant's
21  Motion to Strike Remaining Class Allegations (Dkt. 68) by no later than March 16, 2012.
22  Defendant shall file its reply by March 23, 2012. The hearing on the motion will take place
23  on May 15, 2012 at 1:00 p.m. The Court, in its discretion, may resolve the motion without
24  oral argument. Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b). The parties are advised to check the
25  Court's website to determine whether a court appearance is required.
26  2. Plaintiff's Motion for Class Certification (Dkt. 28) is DENIED without
27  prejudice. Following the Court's ruling on Defendant's Motion to Strike Remaining Class
28  Allegations, Plaintiff may renew his motion, if appropriate.

3. The pretrial conference scheduled for April 3, 2012, trial date of April 9, 2012, and the deadlines for submitting pretrial documents are VACATED. The parties shall appear for a telephonic Case Management Conference on **May 9, 2012 at 3:00 p.m.** to set a new trial date. Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date. Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559. NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

4. This Order terminates Docket 28 and 67.

IT IS SO ORDERED.

Dated: March 2, 2012

SAUNDRA BROWN ARMSTRONG
United States District Judge