UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHARLES BURDEN, individually and on behalf of other persons similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SELECTQUOTE INSURANCE SERVICES, a California corporation; and DOES 1 through 10,<br><br>    Defendants. | Case No: C 10-5966 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

The docket in this case indicates that the parties recently reached a tentative settlement of the instant class action following a settlement conference before Magistrate Judge Donna Ryu.  Dkt. 88.  The minute order indicates that the parties anticipate filing their preliminary approval papers within sixty days.  Id. Accordingly,

IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file his motion for preliminary approval by no later than December 18, 2012.  Plaintiff shall notice his motion for the next available hearing date.

2. Plaintiff's Renewed Motion for Class Certification is DENIED AS MOOT. In the event the settlement is not finally approved, Plaintiff may renew his motion.

3. This Order terminates Docket 80.

IT IS SO ORDERED.

Dated: October 18, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge