Gregory N. Karasik (SBN 115834)
greg@karasiklawfirm.com
**Karasik Law Firm**
11835 W. Olympic Blvd. Ste. 1275
Los Angeles, CA 90064
Tel (310) 312-6800
Fax (310) 943-2582

Ira Spiro (SBN 67641)
ira@spiromoore.com
**Spiro Moore LLP**
11377 W. Olympic Boulevard, 5th Floor
Los Angeles, California 90064-1683
Tel.: (310) 235-2468
Fax: (310) 235-2456

Alexander I. Dychter (SBN 234526)
alex@dychterlaw.com
**Dychter Law Offices, APC**
1010 Second Ave., Suite 1835
San Diego, California 92101
Tel: (619) 487-0777
Fax: (619) 330-1827

Attorneys for Plaintiff
CHARLES BURDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHARLES BURDEN, individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SELECTQUOTE INSURANCE SERVICES, a California Corporation; and DOES 1 through 10.<br><br>Defendants. | Case No. CV 10-5966 SBA (DMR)<br><br>CLASS ACTION<br><br>**STIPULATION RE EXTENSION OF DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND ORDER THEREON** |

Plaintiff Charles Burden ("Plaintiff") and defendant SelectQuote Insurance Services ("Defendant") hereby enter into this Stipulation re Extension of Deadline for Filing Motion for Preliminary Approval of Class Action Settlement and mutually request the Court to enter an order thereon.

1
STIPULATION RE EXTENSION OF DEADLINE FOR FILING PRELIMINARY APPROVAL MOTION
AND [PROPOSED] ORDER

# STIPULATION

1. On October 9, 2012, at a Mandatory Settlement Conference before Magistrate Judge Ryu, the parties reached agreement on the material terms of a class action settlement (the "Settlement").

2. Pursuant to the Court's order dated October 18, 2012, Plaintiff is required to file a motion for preliminary approval of the Settlement by December 18, 2012.

3. Despite their diligent efforts, the parties have not yet finalized formal settlement documents due to unanticipated issues that arose during the drafting process. The parties have resolved those issues and expect a formal settlement to be executed within the next few days.

4. The parties mutually request that the deadline for Plaintiff to file his motion for preliminary approval, which Plaintiff intends to notice for hearing on February 12, 2013, be extended to December 24, 2012

Dated:  December 18, 2012                            KARASIK LAW FIRM

                                                     By:    /s/ Gregory N. Karasik
                                                            Gregory N. Karasik
                                                            Attorneys for Plaintiff

Dated:  December 18, 2012                            MORRISON & FOERSTER LLP

                                                     By:    /s/ Karen J. Kubin
                                                            Karen J. Kubin
                                                            Attorneys for Defendant

# ORDER

Good cause having been shown, the deadline for Plaintiff to file his motion for preliminary approval of the parties' class action settlement is hereby extended to December 24, 2012.

Dated: _12/20/12                                     _____
                                                     United States District Judge

STIPULATION RE EXTENSION OF DEADLINE FOR FILING PRELIMINARY APPROVAL MOTION
AND [PROPOSED] ORDER