UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHARLES BURDEN, individually and on behalf of other persons similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>SELECTQUOTE INSURANCE SERVICES, a California corporation; and DOES 1 through 10,<br><br>    Defendants. | Case No:  C 10-05966 SBA<br><br>**ORDER APPROVING REVISED CLASS NOTICE** |

Good cause having been shown therefore, the Court hereby approves the revised Class Notice submitted by Plaintiff on March 27, 2013 for mailing to class members in accordance with the Court's Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Dkt. 100).

IT IS SO ORDERED.

Dated: April 5, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge