UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHARLES BURDEN, individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SELECTQUOTE INSURANCE SERVICES, a California Corporation; and DOES 1 through 10.<br><br>Defendants. | Case No. CV 10-5966 SBA (DMR)<br><br>CLASS ACTION<br><br>**ORDER APPROVING CORRECTED CLASS NOTICE** |

Good cause having been shown therefore, the Court hereby approves the corrected Class Notice submitted by Plaintiff on April 16, 2013 for mailing to class members in accordance with the Court's Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Dkt. 100).

Dated: _5/9/13

_____
United States District Judge

1
[PROPOSED] ORDER APPROVING CORRECTED CLASS NOTICE